

1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )   NO. 18-CR-00230-JLS |
| Plaintiff, | ) |
| | ) |
| v. | )   **ORDER OF DETENTION AFTER** |
| | )   **HEARING** |
| NICHOLAS ELIJAH MARINO, | ) |
| | )   **[Fed.R.Crim.P. 32.1(a)(6);** |
| Defendant. | )   **18 U.S.C. 3143(a)]** |
| | ) |

The defendant having been arrested in Los Angeles, California pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violation of the terms and conditions of the defendant's supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

\\

\\

\\

1

A.   (X)   The defendant has not met the defendant's burden of establishing by clear and convincing evidence that the defendant is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on

- The defendant's failure to proffer sufficient evidence to meet the defendant's burden on this issue;

- the defendant's history of failures to appear;

and

B.   (X)   The defendant has not met the defendant's burden of establishing by clear and convincing evidence that the defendant is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the defendant's

- failure to proffer sufficient evidence to meet the defendant's burden on this issue;

- criminal history; and

- history of substance abuse.

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

DATED: March 3, 2022

KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE

2